AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

IN RE:
NAKADDU, LLC,
    Debtor,

KIGGUN PROPERTIES, LLC,
    Appellant,

v.

UNITED STATES TRUSTEE,
    Appellee.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-204
Chapter 11 Case No. 19-10977

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of May 5, 2020, Appellant's appeal is DISMISSED, and this civil action stands CLOSED.

05/05/2020
Date

John E. Triplett, Acting Clerk
Clerk



*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/1/03